# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Lance Gerald Milliman

Case No. Civil 00-2574 JMR/RLE

v.

**JUDGMENT IN A CIVIL CASE**

Betty Jean Lindemoen, et al.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Plaintiff's motion for a temporary restraining order is denied;

2. Plaintiff's case is dismissed without prejudice.

DATE: December 29, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk