UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2574(JMR/RLE)

| | | |
|---|---|---|
| Lance Gerald Milliman | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Betty Jean Lindemoen et al. | ) | |

Plaintiff seeks leave to proceed in his appeal of the Court's decision in this matter in forma pauperis. Based on the files, records, and proceedings herein, IT IS ORDERED that:

Plaintiff's motion for leave to proceed without prepayment of fees is granted.

Dated: February 23rd, 2001

JAMES M. ROSENBAUM
United States District Judge

FEB 27 2001
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____